AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Snolbert RAMIREZ-SANDOVAL, a/k/a "New York" | ) | Case No. 18-MJ-2461-MBB |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 26, 2018 and August 2, 2018  in the county of  Suffolk  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a) and 18 U.S.C. Section 2 | Distribution of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), on July 26, 2018 and August 2, 2018. |

This criminal complaint is based on these facts:

See Affidavit of DEA TFO Mark Concannon

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Concannon, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 7, 2018

_____
Judge's signature

City and state:  Boston, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J.
*Printed name and title*